FILED

2022 Jan-19  PM 12:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

Joe Musso
Chief Deputy

| Marina Stewart-Magee, | } | |
| Plaintiff(s) | } | |
| v. | } | Case Number:   5:22-cv-10-HNJ |
| | } | |
| Daniel B. Snyder, | } | |
| Defendant(s) | } | |

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Madeline Hughes Haikala. Please use case number 5:22-cv-10-MHH on all subsequent pleadings.

DATED: January 19, 2022

SHARON N. HARRIS, CLERK

By: _Brittany Bame_
Deputy Clerk

SNH: bl

xc:     Judges
        Counsel