# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **MARINA STEWART-MAGEE,** as Administrator and Personal Representative of the ESTATE OF ALBINA AGDASOVNA SHARIFULLINA, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>**DANIEL BENJAMIN SNYDER,**<br><br>    Defendant. | Case No:  5:22-cv-10-MHH |

## PLAINTIFF'S MOTION FOR STATUS CONFERENCE & TRIAL SETTING

COMES NOW the Plaintiff, **MARINA STEWART-MAGEE, as Administrator and Personal Representative of the ESTATE OF ALBINA AGDASOVNA SHARIFULLINA, deceased**, and moves the Court to schedule a status conference where this case can be set for trial. For grounds therefore, the Plaintiff sets forth the following:

1. For that this case has been pending in the Circuit Court of Cullman County prior to removal and all work needed for trial has been accomplished.

2. The only remaining matter is to set this case for trial.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully moves the Court to enter a Scheduling Order where a trial setting can be obtained.

Respectfully submitted,

/s/Mark W. Lee
Mark W. Lee (ASB-4579-L59M)

/s/ Kendall A. Lee
Kendall A. Lee (ASB-1392-W21L)

                                          Attorneys for Plaintiff

**OF COUNSEL:**
**PARSONS, LEE & JULIANO, P.C.**
600 Vestavia Parkway, Suite 300
Birmingham, Alabama 35216
Telephone: (205) 326-6600
Facsimile: (205) 324-7097
mlee@pljpc.com
klee@pljpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document electronically filed with the Clerk of Court using the CM/ECF system on this 25th day of May, 2022 to the following:

Daniel Benjamin Snyder, Esq.
3358 Rosemary Lane
Birmingham, Alabama 35216