THE JURY WOULD LIKE TO SEE THE FULL AUTOPSY REPORT OF ALBINA SHARIFULLINA. — INCLUDING ANY PICTURES OF HER — SPECIFICALLY HER BACK AS MENTIONED IN THE TESTIMONY.

*[signature]*
6-29-23

The Court has provided to you, members of the jury, the sections of the autopsy report the parties introduced and the Court admitted into evidence. Only those autopsy documents and photographs are available for your deliberations.

6-29-23
*[signature] Madeline H. Haikal*

**FILED**
JUN 29 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

THE JURY WOULD LIKE TO HAVE TESTIMONY READ BACK FROM TWO WITNESSES:

HUNTER WHITLOCK — ON THE DOCK AFTER MIDNIGHT — "I'M GOOD, I GOT THIS."

DANIEL SNYDER — TESTIMONY OF HIS RECOLLECTIONS AT THIS SAME TIMEFRAME.

*[signature]*

6-29-23

**FILED**

JUN 29 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

THE JURY WOULD LIKE SOME GUIDANCE ON THE LEGAL DEFINITIONS OF NEGLIGENCE AND WANTONNESS AS IT PERTAINS TO THIS CASE.

*[signature]*
6-29-23

**FILED**
JUN 29 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA