UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
JUN 29 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARINA STEWART-MAGEE<br>*as Administrator and Personal Representative of the Estate of Albina Agdasovna Sharifullina, Deceased,*<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL B. SNYDER,**<br><br>Defendant. | Case No.: 5:22-cv-00010-MHH |

## SPECIAL VERDICT FORM

**On the question submitted, the jury finds as follows:**

Did Plaintiff Marina Stewart-Magee prove by a preponderance of the evidence that Defendant Daniel B. Snyder was driving the Sea Doo at the time of the accident?

    Answer Yes or No: __NO__

So Say We All.

 

Foreperson _____

Date: __6-29-23__